UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kvon Fogg                                          Docket No. 5:17-CR-413-2D

## Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kvon Fogg, who, upon an earlier plea of guilty to Possession with the Intent to Distribute a Quantity of Heroin, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on November 7, 2018, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Kvon Fogg was released onto federal supervision on November 21, 2019. This term of supervised release was ultimately revoked on February 9, 2022. He was sentenced to 10 months custody to be followed by a new term of 24 months of supervised release.

Kvon Fogg was released from custody on February 11, 2022, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 12, 2022, the defendant committed the offenses of Driving While License Revoked and Unauthorized Use of a Motor Vehicle (22CR50511) in Vance County, North Carolina. In response to this new criminal conduct the probation requests that his conditions of supervision be modified to include 8 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 8 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                            I declare under penalty of perjury that the foregoing
                                                  is true and correct.

/s/ Julie W. Rosa                                 /s/ Arthur B. Campbell
Julie W. Rosa                                     Arthur B. Campbell
Supervising U.S. Probation Officer                U.S. Probation Officer
                                                  310 New Bern Avenue, Room 610
                                                  Raleigh, NC 27601-1441
                                                  Phone: 919-861-8677
                                                  Executed On: April 1, 2022

Kvon Fogg
Docket No. 5:17-CR-413-2D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __5__ day of __April__, 2022, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge